IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–04–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MILES LOUIS WILLEY, | |
| Defendant. | |

Before the Court is Defendant Miles Louis Willey's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 14.) Through the Motion, Defendant seeks to enlarge the time to file pretrial motions up to and including Friday, February 28, 2025.

Accordingly, IT IS ORDERED that the Motion (Doc. 14) is GRANTED. Defendant shall file any pretrial motions on or before February 28, 2024.

DATED this 20th day of February, 2025.

Dana L. Christensen, District Judge
United States District Court

1