IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-4-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| MILES LOUIS WILLEY, | |
| Defendant. | |

The United States has filed a motion to revoke Defendant Miles Louis Willey's pretrial release and requests the issuance of a summons. Based on the affidavit testimony of the United States Pretrial Services Officer given under penalty of perjury, the Court finds there is probable cause to believe Defendant has violated conditions of pretrial release. Accordingly,

IT IS ORDERED that Defendant's appearance on the petition to revoke is scheduled for 10:00 a.m. on June 23, 2025, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. Pursuant to 18 U.S.C. § 3148(b), a determination as to the revocation of Defendant's pretrial release will be made following a hearing.

//

//

The Clerk of Court shall issue a summons directing Defendant to appear at the designated date and time.

DATED this 5th day of June, 2025.

Kathleen L. DeSoto
United States Magistrate Judge